James Andrew Polt
(NAME)
645 G. Street Ste. 100 #765
Anchorage, Alaska 99501
(Mailing address)
000-000-0000
(Phone)

PRO PER Plaintiff

RECEIVED
JUL 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

JAMES ANDREW POLT,
(Full name of Plaintiff in this action)

Plaintiff

vs.

ANCHORAGE NEIGHBORHOOD HOUSING SERVICES, INC.,
(Full Name of Defendant in this action)

Defendant.

CASE NO. 3:06-CV-00163 TMB

COMPLAINT UNDER THE CIVIL RIGHTS ACT
42 U.S.C §3617

A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C §1343 (A)(4) and 42 U.S.C § 3617. Jurisdiction is allso asserted under 28.U.SC §1343. Note. 50, (PRO SE Complaints).

B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the Civil Rights of <u>JAMES ANDREW POLT</u>, <u>645 G. Street Ste 100 # 765</u> <u>Anchorage, Alaska. 99501</u> (Mailing address) were violated.

By the below Named Non-profit Corporation and Employee thereof. The Actions were directed against plaintiff at <u>The Adelaide Apts. Unit # 216</u> <u>201 E. 9th Avenue. Anchorage, Alaska. 99501</u> on the Following date: <u>March 31st, 2006.</u>

2. Defendant. <u>ANCHORAGE NEIGHBORHOOD</u> <u>HOUSING SERVICES, INC.</u>

This Defendant and Employee of, Personally Participated in Causing me injury and I want Money Damages.

Page 2 of 6

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: The following civil right has been violated: _STATUE [Civil Rights Act of 1968, § 817, 42 U.S.C.A § 3617]_

_Making it unlawful to coerce, intimidate,_ (e.g., due process, freedom of religion, free speech, freedom _threaten or interfere, with any person in the exercise or enjoyment of any right granted or protected by the Fair Housing Act._ of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1. Include **dates**.)

I was in negotions with the Defendant at the Anchorage Equal Rights Commission. (AERC). On 3-30-2006 I informed the AERC investigator Bruce Richards in writing. That I was Cancelling Settlement agreement (Pre-determination Settlement agreement) because Defendant had Failed to Sign in a timely manner.

The next day on March 31st, 2006. Amy Danner, the Apt. Manager For the Adelaide Apts. Owned and operated by Defendant, Anchorage Neighborhood Housing Services, Inc. Slipped a Copy of said Pre-determination Settlement agreement under my Door # 216, of same said apts.

A note was attached to this agreement From Amy Danner. Saying she needed the Forms (Pre-Settlement agreement) Signed and brought back to her.

* My Fragile Mental psyche was Further Manipulated and played with By Defendant and Employees of. Causing me further psychological Damage, pain, Suffering and humiliation.

Page 3 of 6      Exhibits A, B & C
                 Attached with This Complaint

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action? _____ Yes _X_ No

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s):_____

_____

Defendant(s):_____

_____

b. Name and location of court:_____

_____

c. Docket number:_____

d. Name of judge to whom case was assigned:_____

e. Disposition:_____
   (For example, was the case dismissed, appealed or still pending?)

f. Issues Raised:_____

_____

_____

g. Approximate date case was filed:_____

h. Approximate date of final decision:_____

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction ordering defendant(s) _____

_____

_____

_____

2. Damages in the amount of $_____

3. Punitive damages in the amount of $ 60,000.00 _____

4. Declaratory judgment:_____

5. Attorney's fees, in the event plaintiff is or will be represented by counsel, of $_____

5. Other:_____

_____

Plaintiff ~~demands~~ Requests a trial by _____ Jury __X__ Court. (Choose one.)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

_James Andrew Polt_
Plaintiff's Original Signature

JAMES ANDREW POLT
Plaintiff's Full Name

Executed at United States District Court For The District of Alaska 222 W. 7th Avenue #4 Anchorage, Alaska 99513-7564 on 7-6-2006
                        (Location)                                              (Date)

_[signature]_  7-6-2006

Original Signature of Attorney (if any) PRO SE Litigator    (Date)

645 G. Street Ste. 100 #765

Anchorage, Alaska. 99501

Attorney's Address and Telephone Number

Page 6 of 6