RECEIVED
JUL 0 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

```
SE001-I MORE PAGES EXIST                                      070606 16:05
EIS APBH              APA/IA BENEFIT HISTORY

CASE NAME: POLT , JAMES A                        CASE NUMBER: 05499191


BENEFIT     HOUSEHOLD    NET              PROGRAM   RECOUP      BENEFIT     ISS
MONTH       TYPE         CNTBLE INCOME    TYPE      AMOUNT      AMOUNT      IND

0806        A1E          623              AP AD         0       362.00      R
0706        A1E          623              AP AD         0       362.00      P
0606        A1E          623              AP AD         0       362.00      P
0506        A1E          623              AP AD         0       362.00      P
0406        A1E          603              AP AD         0       362.00      P
0306        A1E          603              AP AD         0       362.00      P
0206        A1E          603              AP AD         0       362.00      P
0106        A1E          603              AP AD         0       362.00      P
1205        A1E          599              AP AD         0       362.00      P
1105        A1E          599              AP AD         0       362.00      P
1005        A1E          599              AP AD         0       362.00      P
0905        A1E          599              AP AD         0       362.00      P
0805        A1E          599              AP AD         0       362.00      P
0705        A1E          599              AP AD         0       362.00      P
                                                                   NEXT-->
```

```
                              RECEIVED
                              JUL 0 6 2006
SE001-I MORE PAGES EXIST
EIS FSBH                FS BENEFIT HISTORY COURT           070606 16:05
                           CLERK, U.S. DISTRICT COURT       GUSSIE K
                            ANCHORAGE, ALASKA
CASE NAME: POLT , JAMES A                       CASE NUMBER: 05499191

                         -----ALLOWABLE DEDUCTIONS-----
BEN   HSEHLD  GROSS   STD         EXC  DEPCAR SHELT  BEN                 NET  A I  PFD
MTH   SZ TYP  CTB INC DED   20%   MED  CH SUP COST   TYPE  AMT   RCP     BEN  A I  /HH

0806  01 SPE   985    229    0     0     0     0    REGL    10    0       10   R
0706  01 SPE   985    229    0     0     0     0    REGL    10    0       10   P
0606  01 SPE   985    229    0     0     0     0    REGL    10    0       10   P
0506  01 SPE   985    229    0     0     0     0    REGL    10    0       10   P
0406  01 SPE   985    229    0     0     0     0    REGL    10    0       10   P
0306  01 SPE   985    229    0     0     0     0    REGL    10    0       10   P
0206  01 SPE   985    229    0     0     0     0    REGL    10    0       10   P
0106  01 SPE   985    229    0     0     0     0    REGL    10    0       10   P
1205  01 SPE   961    229    0     0     0     0    REGL    10    0       10   P
1105  01 SPE   961    229    0     0     0     0    REGL    10    0       10   P
1005  01 SPE   961    229    0     0     0     0    REGL    10    0       10   P
0905  01 SPE   961    229    0     0     0     0    REGL    10    0       10   P
0805  01 SPE   961    229    0     0     0     0    REGL    10    0       10   P
0705  01 SPE   961    229    0     0     0     0    REGL    10    0       10   P
                                                                        NEXT-->
```

SOCIAL SECURITY
222 W 8 AVE NO 66
ANCHORAGE AK 99513

Social Security Administration
**Supplemental Security Income**
Notice of Change in Payment

Date: November 27, 2005
Claim Number:

RECEIVED

JUL 0 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

21906

997   B088,M4E,125,005224   000030224 01 AT   0.292

JAMES A POLT
645 G ST STE 100
NO 765
ANCHORAGE AK 99501-3471

We are writing to tell you about changes in your Supplemental Security Income payments. The rest of this letter will tell you more about this change.

We explain how we figured the monthly payment amounts shown below on the last page(s) of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. It also shows how we decided how much of your income affects your payment amount. We include explanations only for months where payment amounts change.

**Information About Your Payments**

- The amount due you beginning January 2006 will be $260.00.

- The amount due you is being raised because the law provides for an increase in Supplemental Security Income payments in January 2006 if there was an increase in the cost-of-living during the past year.

**Your Payment Is Based On These Facts**

Our records show that the following income used to figure your payment has also changed--

Your increased Social Security benefits--before any deductions for Medicare premiums-- of $363.00. You should receive the increased Social Security benefit about January 3, 2006. We must count the increase in your benefits for January 2006 even though we are counting your other income for November 2005.

See Next Page

SSA-L8151