James Andrew Polt
645 G. Street Ste. 100 #765
Anchorage, Alaska 99501
000-000-0000
PRO PER PLAINTIFF

RECEIVED AFTER 4:30 P.M.

RECEIVED
JUL 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
## AT ANCHORAGE
7th Judicial District
U.S.

JAMES ANDREW POLT,

  Plaintiff,

vs.

ANCHORAGE NEIGHBORHOOD HOUSING SERVICES, INC.,

  Defendant.

Case No. 3:06-CV-00163 TMB

**\*APPLICATION TO WAIVE FILING FEE SUPPLEMENT**

Dear Court,

In my application to waive filing fee in the above captioned case. I attached my proof of disability and SSI payments with the application. But I think I failed to notate the amounts of these payments on the form. My total benefits and monthly income is as follows.

1. Social Security         $363.00 per mo
2. SSI                     $260.00 per mo
3. Alaska Public Assistance $362.00 per mo
4. EBT Food Stamps         $10.00 per mo

\* I apologize to the court for these errors in my initial application filed with the Clerk of Court on 7-6-2006.

Sincerely, From: James Andrew Polt
  JAMES ANDREW POLT

7-7-2006
DATED

\* This is Re-purposed paper.