JAMES ANDREW POLT
_____
(NAME)
645 G. Street Ste.100 #765
_____
Anchorage, Alaska. 99501
_____
(Mailing Address)
000-000-0000
_____
telephone
PRO PER PLAINTIFF

RECEIVED
JUL 1 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

JAMES ANDREW POLT
_____
(Full name of plaintiff)
Plaintiff,

VS.

ANCHORAGE NEIGHBORHOOD
HOUSING SERVICES, INC.,
_____
(Full name of Defendant)
Defendant

Case No. 3:06-CV-00163 TMB

✳ CORRECTED EXHIBITS.
ATTACHMENTS TO COMPLAINT
FILED ON 7-6-2006

## CORRECTION OF EXHIBITS IN INITIAL PLEADINGS

Dear, Court.

I've been Studying Court Rules. And I Now Realize that I did Not Properly Number the Subsequent pages Following the initial 1st page on My exhibits. Concerning Exhibits A & B, the Court has the Original Copy(B), or the only Copy of the Original(A), which I was in possession of. So I will properly Number the File Stamped Copies I have and Re-Submit these to the Court. Along With The File Stamped Corrected Copy of Exhibit C, (To Keep the Set IN TACT.) I Apologize To The Court For These errors.       Sincerely, From    James Andrew Polt

Dated at Anchorage Alaska  JAMES ANDREW POLT
this 13th day of July 2006.

✳ THIS IS RE-PURPOSED PAPER.