FROM: JAMES A. POLT
RE: CANCELATION OF SETTLEMENT AGREEMENT
TO: BRUCE RICHARDS AHFC INVESTIGATOR

RECEIVED JUL 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

In good will and in the hope of getting the noise problem fixed, I had agreed to settle this case, on 3-16-2006, when I signed the agreement which you prepared.

Two weeks have gone by and AMHA has failed to sign said agreement, (for whatever reason).

They have had ample time to do so, in my opinion.

It is my conclusion that they have no intention to fix this problem (or it would of been fixed a long time ago).

Their failed promises are pushing me to the edge. And to have them continue to toy with me, I am afraid that I might totally regress and yet so frustrated to where I start banging my head or/and mutilating and burning my arms, to stop the pain inside my head and brain because of this frustration.

\* To protect myself from reaching the point of this disturbing behavior, which I have displayed in the past, when pushed to total frustration.
I must withdraw from the settlement agreement at this time. And I ask you to continue your investigation. Thank you!

-Signed-
James A. Polt
3-30-2006

Pg. 1 of 2
Exhibit A
Notice of cancellation of pre-determined settlement agreement

(left margin:)
* Original Documents to Bruce Richards
* 1 copy to: Steve Jones AMHA Attorney
1 copy for myself, James A. Polt
James A. Polt

JAMES A. POLT
645 G. Street, Ste. 100 #765
Anchorage, Alaska 99501

(COMPLAINT)

I am being HARASSED daily and constantly throughout each day. From the Noise of Neighboring Unit #215's Front Door and Kitchen Cabinet slamming, entering into my apartment unit, #216.

Despite my Repeated and Continuous Complaints over the last 8 Months, This problem has not been fixed.

And the Lack of Action in this Matter by Management and/or their Representatives, or AMHA.

Clearly indicates a Malicious indifference. To the pain, suffering, and Mental and phisical injuries I have experienced and sustained, Relating to this Matter.

Signed,

James A. Pitt
May 30 2006.

Tenant #216  Adelaide Apartments
455 E. 9th Avenue
Anchorage, Alaska
99501

Exhibit A. pg. 2 of 2