**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

JAMES ANDREW POLT,
    Plaintiff,

                              Case Number 3:06-cv-00163-TMB

v.

ANCHORAGE NEIGHBORHOOD
HOUSING SERVICES, INC.,
    Defendant.                **JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this action is DISMISSED, with prejudice.

APPROVED:

_____
/S/TIMOTHY M. BURGESS
United States District Judge

_____
Date: July 28, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                         _____
                                         Ida Romack, Clerk of Court

[polt 163 judgment.wpd]{JMT2.WPT\*Rev.3/03}