Name: JAMES ANDREW POLT

Prison Number: NA

Place of Confinement: NA

Address: 645 G. STREET STE. 100 # 765 ANCHORAGE, ALASKA

Telephone: NA

RECEIVED OCT 19 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

JAMES ANDREW POLT,

Plaintiff,

vs.

ANCHORAGE NEIGHBORHOOD HOUSING SERVICES, INC.,

Defendant(s).

Case No. 306-CV-00163 TMB

**MOTION**

to/for MEMORANDUM

I, JAMES ANDREW POLT, proceeding without a lawyer, move to/for MEMORANDUM TO THE COURT under the following statute(s)/rule(s) (if known) NA for the following reason(s): BARBARA JONES THE EXECUTIVE DIRECTOR AT ANCHORAGE EQUAL RIGHTS COMMISSION SAID I WAS DISCRIMINATED AGAINST AND

PS 15 (effective 8/05)

TREATED BADLY BY THE DEFENDANT. AND IN EARLY APRIL SHE SAID I SHOULD SUE THE DEFENDANT. AND THATS WHAT I DID. THE DEFENDANTS COUNSEL SAID THAT ADA AND FHA CLAIMS ARE THE SAME. AND I NEED A RIGHT TO SUE LETTER. SO THE HONORABLE HONOR OF THE COURT DISMISSED THIS CASE.

IVE BEEN CONFUSED ABOUT THIS AND WENT BACK TO BARBARA JONES. AND SHE CALLED H.U.D OFFICES IN SEATTLE. AND ADA CASES ARE EMPLOYMENT CASES, WHEREAS FHA CASES ARE HOUSING. AND FHA CASES DONT NEED A RIGHT TO SUE LETTER.
ENCLOSED IS A LETTER FROM BARBARA JONES AERC EXECUTIVE DIRECTOR TO THIS EFFECT.
I JUST WANTED TO CLEAR THE AIR ON THESE ISSUES. THANK YOU COURT AND THANK YOU OPPOSING COUNSEL I LOVE YOU BOTH. THE WORLD NEEDS MORE LOVE. I THINK,
SINCERELY, [signature]

### Declaration Under Penalty of Perjury

I, _____[signature]_____, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __OCT, 19th 2006__, at __Anchorage Alaska__.

_____[signature]_____
Signature

### Certificate of Service

I certify that, on __OCT. 19th, 2006__ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on __OFFICE OF ATTORNEY__
HAND DELIVERY / CLAYTON H. WALKER, JR.
(Opposing Party or Counsel)

at __721 W. 6th AVENUE, STE. 200 Anchorage, ALASKA 99501__
(Address)

_____[signature]_____
Signature

PS 15 (effective 8/05)      2      MOTION