10/11/2006
11C-48

U.S. Dept. of Housing + Urban Development
FHEO (Fair Housing + Equal Opportunity
Glen Youngblood, Seattle
1-800-877-0246

Q: May an individual file a private right of action under the federal fair housing laws without a right to sue letter?

A: Yes. §812 provides for private action. An individual can go forward in any state or federal district court.

Barbara A. Jones
Anchorage Equal Rights Commission
343-4339